**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

DONALD JONES,                               :
                                            :
           Plaintiff                  :
                                            :
vs.                                         :
                                            :
JOANNE B. BARNHART,                         :        NO. 1:05-CV-127 (RLH)
                                            :
           Defendant                  :        **O R D E R**

_____

       A notice of appeal has been filed in the above-captioned case in which plaintiff **DONALD**

**JONES** seeks leave to proceed *in forma pauperis* (Tab # 27).  As plaintiff avers that he has no assets

or monthly income, the Court finds that he may so proceed.  Accordingly, plaintiff's motion for

leave to proceed *in forma pauperis* on appeal is hereby **GRANTED**.

       **SO ORDERED**, this 16th day of May, 2007.


                                    */s/ Richard L. Hodge*_____
                                      RICHARD L. HODGE
                                      UNITED STATES MAGISTRATE JUDGE